# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

HOWARD BODDIE, JR.,

    Plaintiff,

v.

MICHAEL A. PRISLEY,

    Defendant.

Case No. 2:17-cv-161
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On April 20, 2017, the Magistrate Judge issued a Report and Recommendation upon performing an initial screen of Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2). (ECF No. 5.) The Magistrate Judge recommended that the Court dismiss Plaintiff's federal causes of action with prejudice and decline to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, dismissing those claims without prejudice. (*Id.* at 1–2.) The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation (ECF No. 5) is **ADOPTED**, and for the reasons set forth in the report, Plaintiff's federal claims are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2) and the Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state law claims, which are **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

5-11-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE