.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**HOWARD BODDIE, JR.,**

  **Plaintiff,**

   vs.

**Case No.   2:17-cv-161**
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth Preston Deavers

**MICHAEL A. PRISLEY,**

  **Defendant.**


[ ]  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.** This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed by Chief Judge Sargus on 5/11/2017, the Report and Recommendation is ADOPTED. Plaintiff's federal claims are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2) and the Court DECLINES to exercise supplemental jurisdiction over Plaintiff's state law claims, which are DISMISSED without prejudice.


Date:  May 11, 2017       **Richard W. Nagel, Clerk of Court**

                By:  /s/Melissa Saddler
                   Melissa Saddler, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HOWARD BODDIE, JR.,

    vs                                                       Case Number: 2:17-cv-161

MICHAEL A. PRISLEY,

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO
LOCAL RULES 79.2(a) and (b)

The above captioned matter has been terminated on 5/11/2017.

If applicable to this case, the disposal date for exhibits and depositions will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed in an action or offered in evidence shall not be considered part of the pleadings in this action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2(b) Disposal by Clerk

All models, diagrams, depositions, x-rays and other exhibits and materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

                                                                    RICHARD W. NAGEL, CLERK

                                                                    By:   /s/Melissa Saddler
                                                                         Melissa Saddler, Deputy Clerk