AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**HOWARD BODDIE, JR.,**

      **Plaintiff,**

                            **JUDGMENT IN A CIVIL CASE**

    **v.**

                              **CASE NO. 2:17-CV-161**
                              **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MICHAEL A. PRISLEY,**         **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendant.**

\_\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the OPINION AND ORDER filed June 14, 2017, JUDGMENT is hereby entered DISMISSING this case.**

Date:  June 14, 2017                             RICHARD W. NAGEL, CLERK

                                                    */S/ Melissa Saddler*
                                                    (By) Melissa Saddler
                                                     Courtroom Deputy Clerk